IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, FLORIDA, GEORGIA, HAWAII, INDIANA, MICHIGAN, NEVADA, NEW MEXICO, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, TEXAS, WASHINGTON, THE COMMONWEALTH OF MASSACHUSETTS, and THE COMMONWEALTH OF VIRGINIA *ex rel.* ROBIN KNIGHT and SHARI HAGEN, | |
| Plaintiffs-Relators, | Civil Action No. 3:19-cv-00428 JUDGE CAMPBELL |
| v. | **JURY TRIAL DEMANDED** |
| LIFE CARE CENTERS OF AMERICA, INC., AFFILIATED ENTITIES OF LIFE CARE CENTERS OF AMERICA, INC. TO BE NAMED, OMNICARE, INC., AFFILIATED ENTITIES OF OMNICARE, INC. TO BE NAMED, and FORREST PRESTON, | **FILED IN CAMERA AND UNDER SEAL** |
| Defendants. | |

## RELATORS' NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Relators hereby submit this Notice of Dismissal and dismiss all claims in this action. Pursuant to the False Claims Act's

requirement of consent by the United States to any dismissal, Relators understands that the United States will file its consent to this dismissal.

Respectfully submitted this 24th day of April, 2020,

| | |
|---|---|
| /s/ *Patrick Barrett* <br> Patrick Barrett (BPR #020394) <br> Barrett Law Office, PLLC <br> 4205 Hillsboro Pike <br> Suite 303 <br> Nashville, TN  37215 <br> (615) 463-4000 <br> pbarrett@barrettlawofficetn.com | /s/ *Michael A. Sullivan* <br> Michael A. Sullivan <br> Georgia Bar No. 691431 <br> Emma R. Cecil <br> Georgia Bar No. 076181 <br> Finch McCranie, LLP <br> 225 Peachtree St., NE <br> Suite 1700 <br> Atlanta, GA  30303 <br> (404) 658-9070 <br> msullivan@finchmccranie.com <br> ececil@finchmccranie.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF filing system. Notice of this filing was either via the Court's CM/ECF system, email, or first-class mail postage prepaid to:

**Attorney for the United States**
Kaitlin Hazard
Assistant U.S. Attorney
U.S. Attorney's Office, M.D. TN.
110 Ninth Ave. South
Suite A-961
Nashville, TN 37203
Kaitlin.hazard@usdoj.gov

This 24th day of April, 2020.

/s/ *Michael A. Sullivan*
Michael A. Sullivan